**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JANSSEN PRODUCTS, L.P. and PHARMA MAR, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>EVENUS PHARMACEUTICALS LABORATORIES INC., JIANGSU HENGRUI PHARMACEUTICALS CO., LTD., and FRESENIUS KABI USA, LLC,<br><br>Defendants. | ) | Civil Action No. 20-9369 (RMB) (RLS)<br><br>(Filed Electronically) |

**STIPULATION AND ORDER**

Plaintiffs Janssen Products, L.P. and Pharma Mar S.A. (collectively, "Plaintiffs") and Defendants eVenus Pharmaceuticals Laboratories Inc. ("eVenus"), Jiangsu Hengrui Pharmaceuticals Co., Ltd. ("Hengrui," together with eVenus, "eVenus-Hengrui"), and Fresenius Kabi USA, LLC ("Fresenius Kabi") (collectively, "eVenus Defendants"), by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that:

**WHEREAS**, on December 22, 2022, the Court entered a Stipulation and Order (D.I. 445) (the "Order"), which prohibits final approval of the trabectedin 1 mg/vial product that is the subject of Abbreviated New Drug Application ("ANDA") No. 214327 ("ANDA Product") until Plaintiffs' Orange-Book listed U.S. Patent No. 8,895,557 (the "557 Patent") expires;

**WHEREAS**, the Order also enjoins eVenus-Hengrui from infringing the asserted 557 Patent and U.S. Patent 7,420,051 (the "051 Patent") until after their expiration, and bars Fresenius Kabi from commercially manufacturing, selling, offering for sale, using, or importing the ANDA Product in the United States or referencing Drug Master File 33677 in any other trabectedin ANDA filed with FDA;

**WHEREAS**, the Order preserved the rights of the parties to seek fees and costs pursuant to the Local Civil Rules of the District of New Jersey and applicable Federal Rules of Civil Procedure;

**WHEREAS**, Plaintiffs filed a Motion for Attorneys' Fees from the eVenus Defendants ("Plaintiffs' Motion") under 35 U.S.C. § 285 and the Court's inherent authority, which was fully briefed by May 25, 2023, and argued before a Special Master on July 10, 2023;

**WHEREAS**, the Special Master appointed to hear Plaintiffs' Motion issued a Report and Recommendation Addressing Plaintiffs' Motion for Attorney Fees (D.I. 491) ("Report") pursuant to 28 U.S.C. § 636(b)(1) on September 25, 2023, finding that this was an exceptional case warranting a fee award pursuant to 35 U.S.C. § 285 and recommending that the precise amount of fees to be awarded await further submissions from the parties (D.I. 491 at 1-2);

**WHEREAS**, on November 6, 2023, the eVenus Defendants filed Objections to the Special Master's Report (D.I. 498), and on December 22, 2023, Plaintiffs filed their Opposition to the same (D.I. 501);

**IT IS HEREBY STIPULATED**, by and through their counsel of record, subject to the approval of the Court, that:

1. Plaintiffs and the eVenus Defendants have agreed to resolve all matters related to attorneys' fees owed to Plaintiffs in this action; and
2. Given the parties' resolution of all matters related to attorneys' fees under Plaintiffs' Motion, the parties agree that all issues arising from Plaintiffs' Motion are now fully and finally resolved and need not be adjudicated.

SO STIPULATED on April 29, 2024:

s/ James S. Richter
James S. Richter
MIDLIGE RICHTER LLC
645 Martinsville Road
Basking Ridge, NJ 07920
(908) 626-0622
jrichter@midlige-richter.com

Ivan M. Poullaos
James Randall
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
IPoullao@winston.com
JWRandall@winston.com

*Attorneys for Defendants eVenus Pharmaceuticals Laboratories Inc., Jiangsu Hengrui Pharmaceuticals Co. Ltd., and Fresenius Kabi USA, LLC*

s/ William C. Baton
Charles M. Lizza
William C. Baton
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com

Irena Royzman
Christine Willgoos
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: 212.506.5000
iroyzman@orrick.com
cwillgoos@orrick.com

Daniel Williams
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415.773.5700
daniel.williams@orrick.com

Lisa Kobialka
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650.752.1700
lkobialka@kramerlevin.com

Jonathan Pepin
KRAMER LEVIN NAFTALIS & FRANKEL
LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212.715.9100

jpepin@kramerlevin.com

*Attorneys for Plaintiffs*
*Janssen Products, L.P. and Pharma Mar, S.A.*

SO ORDERED, this 30th day of April, 2024

The Honorable Renée Marie Bumb
United States District Judge